# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACKARIA JULY CRAWFORD<br><br>Defendant. | No. CR 13-111-GF-BMM<br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on February 25, 2014. Doc 22. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F. 3d 1114, 1121 (9th Cir. 2003).

This Court reviewed the Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended that this Court accept Zackaria July Crawford's

(Crawford) guilty plea after Crawford appeared before him, pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to one count of Strangulation (Count I) as set forth in the Indictment. This Court finds no clear error in Judge Strong's Findings and Recommendation Doc. 22, and adopts them in full.

Accordingly, **IT IS HEREBY ORDERED** that Zackaria July Crawford's Motion to Change Plea, Doc. 15, is **GRANTED**.

DATED this 14th day of March, 2014.

_____
Brian Morris
United States District Court Judge