# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACKARIA JULY CRAWFORD,<br><br>Defendant. | CR 13-111-GF-BMM<br><br>**ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his Findings and Recommendations on June 22, 2016. Judge Johnston recommended that this Court dismiss the petition to revoke Defendant's supervised release. Judge Johnston further recommended that Defendant's supervised release conditions be modified to eliminate Special Condition 1. Special Condition 1 required the Defendant to reside in a residential reentry center for a period of six months.

No objections were filed by either party. Judge Johnston's Findings and Recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

The Court agrees with Judge Johnston's Findings and Recommendations. Accordingly, IT IS ORDERED:

1. Judge Johnston's Findings and Recommendations (Doc. 44) are

adopted in full.

    2.    The petition to revoke Defendant's supervised release is DISMISSED.

    3.    Defendant shall continue on his term of supervised release.

    4.    Defendant's supervised release conditions shall be modified to eliminate Special Condition 1.

DATED this 7th day of July, 2016.

/s/ Brian Morris
Brian Morris
United States District Court Judge