IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ZACKARIA JULY CRAWFORD, Defendant. | CR 13-111-GF-BMM-JTJ **FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Zackaria July Crawford (Crawford) has been accused of violating the conditions of his supervised release. Crawford admitted all of the alleged violations. Crawford's supervised release should be revoked. Crawford should be placed in custody for 12 months and 1 day, with no supervised release to follow. Crawford should be incarcerated at the Bureau of Prisons' facility in Florence, Colorado.

## II. Status

Crawford pleaded guilty to Strangulation on February 25, 2014. (Doc. 20). The Court sentenced Crawford to 30 months of custody, followed by 3 years of supervised release. (Doc. 29). Crawford's current term of supervised release

began on March 28, 2018. (Doc. 72 at 2).

### Petition

The United States Probation Office filed a Petition on February 22, 2019. requesting that the Court revoke Crawford's supervised release. (Doc. 72). The Petition alleged that Crawford had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing on three separate occasions; 2) by failing to inform his probation officer of a change in employment status; and 3) by failing to allow his probation officer to visit him.

### Initial appearance

Crawford appeared before the undersigned for his initial appearance on March 13, 2019. Crawford was represented by counsel. Crawford stated that he had read the petition and that he understood the allegations. Crawford waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on March 13, 2019. Crawford admitted that he had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing on three separate occasions; 2) by failing to inform his probation officer of a change in employment status; and 3) by failing to

allow his probation officer to visit him. The violations are serious and warrant revocation of Crawford's supervised release.

Crawford's violations are Grade C violations. Crawford's criminal history category is I. Crawford's underlying offense is a Class C felony. Crawford could be incarcerated for up to 24 months. Crawford could be ordered to remain on supervised release for up to 27 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Crawford's supervised release should be revoked. Crawford should be incarcerated for 12 months and 1 day, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Crawford that the above sentence would be recommended to Judge Morris. The Court also informed Crawford of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Crawford that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Crawford stated that he wished to waive his right to object to these Findings and Recommendations, and that he

wished to waive his right to allocute before a United States district court judge.

The Court **FINDS:**

> That Zackaria July Crawford violated the conditions of his supervised release: by failing to report for substance abuse testing on three separate occasions, by failing to inform his probation officer of a change in employment status, and by failing to allow his probation officer to visit him.

The Court **RECOMMENDS:**

> That the District Court revoke Crawford's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of 12 months and 1 day, with no supervised release to follow. Crawford should be incarcerated at the Bureau of Prisons' facility in Florence, Colorado.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a

4

district court judge.

DATED this 14th day of March, 2019.

_____
John Johnston
United States Magistrate Judge