# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZACKARIA JULY CRAWFORD, <br><br> Defendant. | CR-13-111-GF-BMM-JTJ <br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 14, 2019. (Doc. 76). Defendant Crawford waived his right to object and his right to allocate before this Court. *Id.* at 3-4. When a party waives his right to object, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 13, 2019. The United States alleged that Defendant Crawford violated the conditions of his supervised release by: 1) by failing to report for substance abuse testing on three separate occasions; 2) by failing to inform his probation officer of a change in

employment status; and 3) by failing to allow his probation officer to visit him. (Doc. 76 at 2-3). Crawford admitted to these violations and the admitted violations prove serious and warrant revocation of Crawford's supervised release.

Judge Johnston has recommended that the Court revoke Crawford's supervised release and commit Crawford to the custody of the Bureau of Prisons for twelve (12) months and one (1) day. *Id.* at 3. Judge Johnston further has recommended that no supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Crawford's violations represent a serious breach of the Court's trust. A custody term of twelve (12) months and one (1) day is sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 76) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Zackaria Crawford receive a custody term for twelve (12) months and one (1) day.

DATED this 19th day of March, 2019.

_____
Brian Morris
United States District Court Judge